**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2575**

RUBEN GONZALEZ-MACHUCA,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: August 25, 2016          Decided: September 12, 2016

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, John W. Blakeley, Assistant Director, W. Daniel Shieh, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruben Gonzalez-Machuca, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's (IJ) order finding that he abandoned his application for cancellation of removal. After thoroughly reviewing the record and considering Gonzalez-Machuca's arguments, we conclude that the Board did not abuse its discretion by agreeing with the IJ that Gonzalez-Machuca abandoned his application for cancellation of removal. See Yanez-Marquez v. Lynch, 789 F.3d 434, 444 (4th Cir. 2015) (applying an abuse of discretion standard to review of BIA decisions); Moreta v. Holder, 723 F.3d 31, 34 (1st Cir. 2013) (stating standard of review).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Gonzalez-Machuca, (B.I.A. Nov. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2